SEIDLITZ & VAN BAARN, INC., Respondent, v. MITCHELL L. ERLANGER, Appellant, and PAUL S. VAN BAARN, Impleaded, Defendant, Respondent.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

1348–1350 WILKINS AVENUE CORPORATION, Appellant, v. ARMIN TRAZENFELD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.